IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID FOLKENFLIK; NATIONAL PUBLIC RADIO, INC.; EDITH CHAPIN; LESLIE COOK; and PALLAVI GOGOI | § § § § | |
| Movants, | § | |
| v. | § | Misc. Action No. 3:20-MC-005-N |
| | § | |
| KIM SAMS | § § | |
| Respondent. | § | |

## NOTICE OF APPEARANCE OF COUNSEL
## FOR KIM SAMS

NOW COMES John E. Leslie ("Leslie"), Texas Bar No. 12231400 of John Leslie | PLLC, 1805 West Park Row Drive, Suite C, Arlington, Texas 76013, (817) 505-1291, to appear as attorney of record for Respondent Kim Sams  Leslie hereby requests notice and copies of all communications and other documents filed in this matter.

Dated this 27th day of February 2020.

                Respectfully submitted,

                **/s/ John E. Leslie**
                **John E. Leslie**
                **State Bar No. 12231400**

                JOHN LESLIE | PLLC
                **1805 West Park Row Drive, Suite C**
                **Arlington, Texas 76013**
                **(817) 505-1291 Phone**
                **(817) 505-1292 Fax**
                **arlingtonlaw@aol.com** email

                **ATTORNEYS FOR KIM SAMS**

## **CERTIFICATE OF SERVICE**

      A true and correct copy of the foregoing Notice of Appearance was electronically submitted to the Clerk of the U.S. District Court for the Northern District of Texas, using the electronic case filing system and served on all other counsel of record via ecf/Pacer on February 27, 2020.

                                      **/s/ John E. Leslie**
                                      **John E. Leslie, certifying attorney**