IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID FOLKENFLIK; NATIONAL PUBLIC RADIO, INC.; EDITH CHAPIN; LESLIE COOK; and PALLAVI GOGOI,<br><br>    Movants,<br>v.<br><br>KIM SAMS,<br><br>    Respondent. | Misc. Action No. 3:20-mc-00005-K-BT |

### NPR'S RESPONSE TO ORDER REGARDING TRANSFER (DKT. 5)

Rule 45(f) permits the Court to transfer a subpoena-related motion when (1) the subpoena recipient consents to the transfer or (2) exceptional circumstances merit transfer. Fed. R. Civ. P. 45(f). Based on filings in the underlying litigation, Movants (collectively, "NPR") understand that Ms. Sams will consent to transfer of the pending motion to the Eastern District of Texas. *See Butowsky v. Folkenflik*, Case No. 4:18-cv-442-ALM (E.D. Tex.), Dkt. 110 (Pl's Resp. to Mot. for Sanctions) at p. 3. Further, this District recently transferred a similar motion to compel compliance with a subpoena NPR served on Ms. Sams's investment advisory business Chapwood Capital Investment Management, LLC ("Chapwood"). *Folkenflik v. Chapwood Capital Investment Management, LLC*, Case No. 3:20-mc-00007-N (N.D. Tex.), Dkt. 12 (Order Transferring Motion). NPR issued subpoenas to both Chapwood and Sams in connection with the same underlying litigation, filed by Chapwood's founder Edward Butowsky.

Given Ms. Sams's consent and this Court's order transferring the Motion to Compel Chapwood, NPR does not oppose transferring this motion to the Eastern District of Texas.

**NPR'S RESPONSE TO ORDER REGARDING TRANSFER (DKT. 5)**                                                    **Page 1**

Dated: March 13, 2020

          Respectfully Submitted,

          By: */s/ David H. Harper*
          Laura Lee Prather
          State Bar No.  16234200
          laura.prather@haynesboone.com
          Wesley D.  Lewis
          State Bar No.  24106204
          wesley.lewis@haynesboone.com

          HAYNES AND BOONE, LLP
          600 Congress Avenue, Suite 1300
          Austin, Texas 78701
          Telephone:    (512) 867-8400
          Telecopier:    (512) 867-8470

          David H. Harper
          State Bar No. 09025540
          david.harper@haynesboone.com
          Stephanie N. Sivinski
          State Bar No. 24075080
          stephanie.sivinski@haynesboone.com

          HAYNES AND BOONE, LLP
          2323 Victory Ave., St. 700
          Dallas, Texas 75219
          Telephone: (214) 651-5000
          Telecopier: (214) 651-5940

          ***Attorneys for Movants***

## CERTIFICATE OF SERVICE

On March 13, 2020 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ David H. Harper*